S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00092-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | CARJACKING |
| | Vio. of 18 U.S.C. § 2119(2) |
| PETER HENRY BOYER, | COUNT 2: |
| Defendant. | DISCHARGING FIREARM DURING CRIME OF VIOLENCE |
| | Vio. of 18 U.S.C. § 924(c)(1)(A)(iii) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about January 3, 2024, within the District of Alaska, the defendant, PETER HENRY BOYER, with intent to cause death and serious bodily harm, took a motor vehicle, a Nissan Rogue, that had been transported, shipped, and received in interstate and foreign commerce from and in the presence of Victim 1 by force, violence and intimidation, which acts resulted in serious bodily injury to Victim 1, to wit: a gunshot wound that caused

Victim 1 extreme physical pain and placed Victim 1 at a substantial risk of death.

All of which is in violation of 18 U.S.C. § 2119(2).

## COUNT 2

On or about January 3, 2024, within the District of Alaska, the defendant, PETER HENRY BOYER, used, carried, brandished, and discharged a firearm during, in relation to, and in furtherance of the crime of violence charged in Count 1 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: August 20, 2024